February 13, 2004

Mr. Reagan M. Brown
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Ms. Heather Donise Bailey
Haynes & Boone, LLP
901 Main Street, Suite 3100
Dallas, TX 75202-3789
Mr. Brent William Bailey
Shackleford, Melton & McKinley, LLP
10100 N. Central Expwy., Ste. 600
Dallas, TX 75231

RE: Case Number: 02-0778
 Court of Appeals Number: 05-01-00822-CV
 Trial Court Number: CC008576D

Style: PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY
 v.
 BRENT BAILEY AND HEATHER BAILEY

Dear Counsel:

 Today, the Supreme Court of Texas granted the petition for review in
the above styled case without hearing oral argument. See the enclosed
opinion and judgment.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Earl |
| |Bullock |
| |Ms. Lisa Matz|